IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DIANA CLAUDIA RAMIREZ MENDOZA | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| MICHAEL FERRO, CELADON TRUCKING SERVICE, INC., CELADON TRUCKING SERVICES, INC. and CELADON GROUP, INC. | : | NO. 18-3807 |

## ORDER

**NOW,** this 24th day of January, 2019, upon consideration of the Plaintiff's Motion to Remand (Document No. 12), and the defendant Michael Ferro's response, it is **ORDERED** that the motion is **DENIED.**

**IT IS FURTHER ORDERED** that the plaintiff shall respond to the Motion of Defendant, Michael Ferro, to Transfer Venue Pursuant to 28 U.S.C. § 1440(a) (Document No. 2) no later than **February 5, 2019.**

/s/TIMOTHY J. SAVAGE