IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DIANA CLAUDIA RAMIREZ MENDOZA | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| MICHAEL FERRO, CELADON | : | |
| TRUCKING SERVICE, INC., CELADON | : | |
| TRUCKING SERVICES, INC. and | : | |
| CELADON GROUP, INC. | : | NO. 18-3807 |

## ORDER

**NOW,** this 19th day of February, 2019, upon consideration of the Motion of Defendant, Michael Ferro, to Transfer Venue Pursuant to 28 U.S.C. § 1404(a) (Document No. 2), the response of the Celadon defendants joining in the motion, the plaintiff's response, and the defendant Michael Ferro's reply, it is **ORDERED** that the motion is **GRANTED.**

**IT IS FURTHER ORDERED** that this action is **TRANSFERRED** to the United States District Court for the Middle District of North Carolina.

/s/TIMOTHY J. SAVAGE